| STATE OF MICHIGAN<br>62-B JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | PRETRIAL RELEASE ORDER<br><br>☐ AMENDED CONDITIONS<br>☐ AMENDED LEIN EXPIRATION DATE | CASE NO.  24-30357-SM-1 |
|---|---|---|
| | | DISTRICT CASE NO. |
| | | JUDGE HONORABLE AMANDA H STERKENBURG |

| ORI | Court address | Court telephone no. |
|---|---|---|
| MI410085J | 4740 WALMA AVE, SE  KENTWOOD, MI 49512 | 616-554-0711 |

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant's name, address, and telephone no.<br>STEPHANIE MONIQUE-RENEE MCDUEL<br>55 TRAVERSE DR SE #102<br>KENTWOOD, MI  49548<br><br>616-448-7108 |
|---|---|---|

| | CTN/TCN | SID | DOB |
|---|---|---|---|
| | 412401716999/A424254954K | 2337016M | 12/15/1986 |

☐ In the matter of _____

| Date of arrest | Type of offense | Arresting agency | Agency file no. |
|---|---|---|---|
| 11/19/2024 | ☑ Misdemeanor ☐ Felony | KENTWOOD POLICE | 24-23328 |

| Offense(s) | | |
|---|---|---|
| See page 3 | Statute/ordinance citation(s) | |

| Purpose of next appearance | Time of appearance | Date of appearance |
|---|---|---|
| PRETRIAL | 2:00 PM | 12/16/2024 |

| Place of appearance | | |
|---|---|---|
| ☑ At the court address above   ☐ Other: | | |

| TYPE OF BOND: | Full bail amount | Bond set by Judge/Magistrate |
|---|---|---|
| PERSONAL RECOGNIZANCE | $ 3,000.00 PR | HONORABLE AMANDA H STERKENBURG |

1. ☑ a. Release on personal recognizance shall be ordered as required by MCR 6.106(C).
   ☐ b. Release on personal recognizance will not reasonably ensure   ☐ appearance.   ☐ public safety.
☐ 2. Under 18 USC 922(g)(8), the court found, at a hearing, that the defendant/juvenile represents a credible threat to the physical safety of one or more persons as defined in 18 USC 922(g)(8) and 18 USC 921(a)(32) and named in item 5q. **Needed for NCIC.
☐ 3. This case is bound over from district court.

**IT IS ORDERED:**
4. ☑ a. The defendant/juvenile shall post a new bond and comply with the terms and conditions in item 5.
   ☐ b. The bond previously ordered is continued, and the defendant/juvenile shall comply with the terms and conditions in item 5.

5. The defendant/juvenile shall comply with the following terms and conditions that are checked:

   ☑ a. Personally appear for any examination, arraignment, trial, sentencing, or at any time and place as directed by this court. If represented by an attorney in this case, any notice to appear may be given to the defendant's attorney instead of the defendant.

   ☑ b. Abide by any judgment entered in this case and surrender to serve any sentence imposed.

**(See additional page for more conditions.)**

Approved, SCAO
Form MC 240, Rev. 9/22
MCL 765.6b, MCR 3.935, MCR 6.103, MCR 6.106, MCR 6.610,
18 USC 922(g)(8)
Page 1 of 4

Distribute form to:
Court
Defendant
Prosecutor
Sheriff/Facility
Originating law enforcement agency (when applicable)
LEIN (when applicable)

**Pretrial Release Order**   (9/22)
Page 2 of 4

Case No. __24-30357-SM-1__

**IT IS ORDERED** (continued):

☑ c. Do not leave the State of Michigan without the permission of this court.

☑ d. Do not commit any crime while released.

☑ e. Immediately notify this court, in writing, of any change of address or telephone number.

☐ f.  Make reports to a court agency as specified by this court or the agency.

☑ g. Do not use  ☑ alcohol.  ☑ marijuana.  ☑ illegal controlled substances.

☐ h. Participate in a substance abuse testing or monitoring program.

☐ i.  Participate in a specified treatment program for any physical or mental condition, including substance abuse.

☐ j.  Comply with restrictions on personal association, place of residence, place of employment, or travel.

☐ k. Surrender driver's license or passport.

☐ l.  Continue to seek employment.

☐ m. Comply with the following curfew: _____

☐ n. Continue or begin an educational program.

☐ o. Remain in the custody of a responsible member of the community. The community member agrees to monitor the defendant/juvenile and report any violation of these release conditions to the court.

☐ p. Do not possess or purchase a firearm or other dangerous weapon.

☐ q. Do not harass, intimidate, beat, molest, wound, stalk, threaten, or engage in other conduct that would place any of the following persons or a child of any of the following persons in reasonable fear of bodily injury: spouse, former spouse, individual with whom the defendant has a child in common, resident or former resident of the defendant's household.

☐ r.  Do not assault, harass, intimidate, beat, molest, wound, or threaten the following person(s):

_____
Name(s)

☐ s. Do not have (or cause any third party to have) any direct or indirect contact with the following person(s):
(**Note:** This condition also applies while the defendant/juvenile is in custody.)

_____
Name(s)

☑ t.  Do not enter the following specified premises or areas:

Marshall's 3778 28th Street SE
_____
Address or other location

☐ May go to the address once, accompanied by a peace officer, to remove personal belongings.

☐ u. Other:

Pretrial Release Order   (9/22)
Page 3 of 4

Case No. 24-30357-SM-1

☐ 6. The    ☐ sheriff    ☐ _____
Custodial agency/Facility

shall hold the defendant/juvenile named above in its care and custody until bond is posted and the terms and conditions specified in item 5 are acknowledged. The defendant/juvenile shall be brought to all court appearances while in custody or as otherwise ordered. The sheriff or director or designee of the custodial facility is authorized to obtain and consent to routine, nonsurgical medical and dental care for the juvenile and emergency medical, dental, and surgical treatment of the juvenile.

☐ 7. This order shall be entered into LEIN, is effective when signed, and expires on _____.
(**Note:** Check when release is subject to conditions necessary to protect 1 or more named persons under MCL 765.6b or for NCIC.)

| Height 5 Ft. 3 in. | Weight 165 | Race* B | Sex* F | Date of birth* 12/15/1986 | Driver's license number M234777609952 |
|---|---|---|---|---|---|
| Hair color BLK | Eye color BRO | Other identifying information | | | |

*These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

_____
Judge/Magistrate signature and date

CHARGED OFFENSES

Offense(s)
RETAIL FRAUD 2ND

Statute/ordinance citation(s)
750.356D

Pretrial Release Order  (9/22)
Page 4 of 4

Case No. _24-30357-SM-1_

## ACKNOWLEDGMENT OF PRETRIAL RELEASE CONDITIONS

I acknowledge and understand the terms and conditions of my release from jail. If I fail to perform all the terms and conditions, I may be subject to arrest without a warrant, jail, contempt of court, and new conditions of release. If my release is revoked and a bond was posted, the full amount of my bond, regardless of who posted it, may be forfeited. If I am arrested for a violation of these terms and conditions in another state, I waive all extradition proceedings and will be immediately returned to this state.

**NOTICE OF FIREARMS RESTRICTION**: If item 5q is a condition of my release, federal and/or state law may prohibit me from possessing or purchasing ammunition or a firearm (including a rifle, pistol, or revolver).

_12/4/24_
Date

_VCG1308_
Defendant/Juvenile's signature

**Bond deposited by Defendant:** If all the terms and conditions of pretrial release are met, the money deposited (bond) will be used to pay any fine, state minimum costs, restitution, statutory assessments, and other costs imposed. Any balance will be returned to me as authorized by statute and court rule.

_____
Date

_____
Defendant's signature

**Bond deposited by** ☐ **Third Party:** ☐ **Surety/Agent:** I understand and agree that if the defendant fails to appear, the money deposited (bond) may be forfeited and a judgment entered for the entire amount of the bond. If the defendant appears as directed, the full amount of the bond will be returned to me unless I deposited a 10% cash bond. In that instance, the court will return only 90% of the bond to me. ☐ If I am entitled to return of any bond, I agree that it may be applied to any of the defendant's fines/costs/assessments upon conviction.

_____
Date

_____
Signature of depositor/surety/agent and identification (i.e. DLN)

_____
Name of depositor/surety/agent (type or print)

_____
Address

_____
City, state, zip                Telephone no.

**Use Note:** If a third party or surety posted bond for the defendant, the court clerk may provide the third party or surety with a copy of the terms and conditions of release.

Stephanie McDuel
P.O Box 6647
Grand Rapids, MI 49516
616-448-7108
Stephaniemcduel@gmail.com

December 18, 2024

Clerk Of the Court/ Hon. Amanda Sterkenburg
62-B Judicial District Court
4740 Walma Ave SE
Kentwood, MI 49512

**Re: Motion to Dismiss for Lack of Jurisdiction, False Imprisonment, and Violation of Constitutional Rights**

**Case No**. 24-30357-SM
People of the State of Michigan v. Stephanie McDuel

**MOTION TO DISMISS AND DEMAND FOR DAMAGES**

I, Stephanie McDuel, the Defendant in the above-referenced matter, respectfully submit this **Motion to Dismiss** and **Demand for Damages** due to **False Imprisonment, Unlawful Seizure of Property**, and **Violation of Constitutional Rights**. This motion addresses several unlawful actions taken by the City of Kentwood Police Department and its officers, including Officers Lucas Parker and Matthew Zaiger, on **November 19, 2024**, in the detention and unlawful search of my vehicle, seizure of personal property, and violation of my rights under both the U.S. Constitution and the Michigan Constitution.

**Motion to Dismiss for Lack of Jurisdiction**

I assert that the **City of Kentwood**, by engaging in actions that violate constitutional protections, has forfeited its jurisdiction over this matter under the **Clearfield Trust Doctrine**. By treating this enforcement as a commercial action, rather than as an exercise of legitimate governmental authority, the City has acted outside its sovereign immunity. Under the **Clearfield Trust Co. v. United States**, 318 U.S. 363 (1943), a governmental entity cannot claim jurisdiction over individuals when it engages in commercial activities. The **City of Kentwood** must demonstrate jurisdiction and the legal authority to impose enforcement actions on private property, which it has failed to do. Therefore, all charges against me must be dismissed for lack of jurisdiction.

**False Imprisonment and Unlawful Detention**

I was unlawfully detained by Kentwood Police Officers Lucas Parker and Matthew Zaiger under the pretext of investigating a retail fraud complaint. Despite the absence of any injured party, damaged property, or public safety concern, I was detained without probable cause or valid legal justification. The lack of a warrant or my consent for the search of my vehicle further

compounded this violation of my rights.

<u>**Unlawful Seizure of Property**</u>

On the date of the incident, the officers unlawfully seized my private property and prescription medication that had been lawfully prescribed to me, without any legal basis for doing so. Under both federal and state laws, including the **Controlled Substances Act (CSA)** and **Michigan MCL 780.653**, the seizure of property must be supported by a valid warrant or probable cause. The medication was not involved in any illegal activity, and there was no evidence to suggest otherwise. The officers' actions in confiscating my medication, which is crucial to my mental health, directly resulted in harm, including a psychotic episode that exacerbated my condition.

<u>**Violation of Constitutional Rights**</u>

The actions of the Kentwood Police Officers, particularly the unlawful seizure of my property, constitute a violation of my constitutional rights under the **Fifth** and **Fourteenth Amendments**. The **Due Process Clauses** of both Amendments protect against unlawful deprivation of property and personal liberties. The unlawful seizure of my medication without due process not only caused harm to my physical and mental health but also violated my right to equal protection under the law as outlined in the **Fourteenth Amendment**.

<u>**Request for Relief**</u>

For the reasons outlined above, I respectfully request the following:

1. **Dismissal of all charges** against me due to lack of jurisdiction, violation of due process, and constitutional protections.
2. **Immediate return of all seized property**, including my prescription medication, without the imposition of any fees or penalties.
3. **Award of damages** in the total amount of **$25,000**, broken down as follows:
   - **$10,000 for false imprisonment**;
   - **$5,000 for unlawful search and seizure**;
   - **$5,000 for emotional distress**;
   - **$5,000 in punitive damages** for willful misconduct.
4. **Production of evidence** including:
   - A valid warrant signed by a judge authorizing the seizure of property and search of my vehicle.
   - Documentation showing probable cause and a legitimate basis for the search and seizure.
   - Any documentation or legal authority permitting the seizure of prescription medication under these circumstances.

I further request any additional relief this Court deems just and proper.

Thank you for your attention to this matter. I trust that the Court will give careful consideration to the arguments raised in this motion and will take appropriate action to protect my rights under

the Constitution.

Respectfully submitted,

Stephanie McDuel
P.O Box 6647
Grand Rapids, MI 49516
616-448-7108
Stephaniemcduel@gmail.com

_____

Stephanie McDuel
P.O Box 6647
Grand Rapids, MI 49516
616-448-7108
Stephaniemcduel@gmail.com

**December 18, 2024**

Clerk Of the Court/ Hon. Amanda Sterkenburg
62-B Judicial District Court
4740 Walma Ave SE
Kentwood, MI 49512

**Case No**. 24-30357-SM
People of the State of Michigan v. Stephanie McDuel

**Re: People of the State of Michigan v. Stephanie McDuel**

### MOTION TO DISMISS AND DEMAND FOR DAMAGES

**Comes now the Defendant, Stephanie McDuel**, sui juris and in propria persona asserting her God-given, constitutionally protected rights, and hereby moves this Court to dismiss all charges for **Lack of Jurisdiction, False Imprisonment, Unlawful Seizure of Property**, and **Violation of Due Process**. The Defendant further demands **full damages for the harm caused**. The following is stated in support: respectfully submit this Motion to Dismiss and Demand for Damages.

**I allege the following violations of my constitutional rights:**

1. **False Imprisonment:** I was unlawfully detained by Officers Lucas Parker and Matthew Zaiger of the Kentwood Police Department on November 19, 2024, without probable cause or a valid warrant.
2. **Unlawful Search and Seizure:** A warrantless search of my vehicle was conducted without my consent, resulting in the unlawful seizure of my lawfully prescribed medication.
3. **Violation of Due Process:** The seizure of my property, particularly my medication, deprived me of my property rights without due process of law.
4. **Civil Asset Forfeiture Abuse:** The continued retention of my property by law enforcement constitutes an abuse of civil asset forfeiture laws.

**I further allege violations of state law:**

1. **Michigan Criminal Procedure - Search and Seizure Laws:** MCL 780.653 requires a search warrant for seizure of property.
2. **Unlawful Imprisonment:** MCL 750.349b prohibits unlawful detention.

**I seek the following relief:**

1. **Dismissal of All Charges:** Due to lack of jurisdiction, violation of due process, and constitutional rights.
2. **Immediate Return of Seized Property:** The immediate return of my unlawfully seized property.
3. **Damages:** Monetary damages for false imprisonment, unlawful search and seizure, emotional distress, and punitive damages.

I respectfully request that this Court grant my Motion to Dismiss and award appropriate damages.

Sincerely,

Stephanie McDuel

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved.
(Printed Name:) **Stephanie** of the family name **McDuel**
authorized representative of Stephanie McDuel

Principal, by Special Appearance, proceeding Sui Juris.

Signed: _____
Date: _____1/31/2025_____

On this ___31st___ day of ___January___, __2025__, before me, the undersigned, a Notary Public in and
for ___Michigan___ (personally appeared the above-signed, known to me to be the one
whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____
Printed Name: __Steven Manoog Assarian__
Date: __1/31/25__
Address: __111 Library St. NE GR MI 49503__

STEVEN MANOOG ASSARIAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires July 16, 2027
Acting in the County of __Kent__

TRUST NUMBER: _____

**EXHIBIT 1111**

**AFFIDAVIT OF FACTS**
**STEPHANIE MCDUEL'S SPECIAL DEMURRER**

:Stephanie- of The Family: McDuel **NUNC PRO TUNC**  asserts all her  unalienable rights, privileges and immunities at Natural Law, Common Law and Maritime Law, and all her commercial rights relevant to this state.

**Special Appearance**
:Stephanie- of The Family: McDuel  asserts his special appearance, objecting to the court's subject matter jurisdiction, personal jurisdiction, and venue.

**Objection to Non-Judicial Decision-makers**
:Stephanie- of The Family: McDuel  objects to, does not consent to, and affirmatively withholds all consent regarding, the assignment of this case, in any part, to any decision-maker who is  not a "judge" (1) who has been properly elected or appointed and (2) who has an active oath of office. *Cf. Gonzalez v. United States*, **U.S. (12 May 2008)** ("If the parties consent").

**Special Demurrer**
:Stephanie- of The Family: McDuel  *moves and demands for dismissal of each and every "charge and cause."*

**Discussion**
General Demurrer is incorporated by reference.
:Stephanie- of The Family: McDuel  continues her objections to this court's exercise of subject matter jurisdiction, personal jurisdiction, and venue, as discussed in his General Demurrer.
Due Process Affidavit and Brief is incorporated by reference.
:Stephanie- of The Family: McDuel  continues her objections to the horrific Due Process problems inherent in this case, as discussed in her Due Process Affidavit and Brief.
Non-waiver of Arraignment document is incorporated by reference.
:Stephanie- of The Family: McDuel  recognizes the court's good faith effort into getting newly discovered evidence on and for the Record, and for reasons beyond the court's control, :Stephanie- of The Family: McDuel  still objects to Notice in this case, these cases. Moreover, should STATE opt against dismissal and in favor of amendment, the Arraignment sequence will start all over, again.


**What is STATE OF MICHIGAN?**
Since **STATE OF MICHIGAN** has an **EIN No.**, it follows that **STATE OF MICHIGAN**  is a commercial entity.
If **STATE OF MICHIGAN** were independently "sovereign," it would be beholden to nothing, and its "citizens" would not be paying "taxes" to anything except the state "sovereign" system acting as agent for those people. Where **STATE OF MICHIGAN**  does not "defend" its "citizens" from/against "tax" claims of another commercial entity/system, it follows that **STATE OF MICHIGAN** is a commercial subsidiary of that other commercial system.
Moreover, it's impossible to have a legitimate governmental system where there is no legitimate Money in general circulation. Thus, where there is no gold or silver Coin in general circulation, and where what passes as "legal tender" does so solely because it is so labeled, it follows that the system that tolerates that "funny money" scam, evidenced by the prosecution of no one who runs that "funny money" scam, is a commercial system. Still further, that "funny money"-based system operates not per the Law of the Land,

but rather per the Law of the Sea. Only in this legal environment may the "funny money" scam remain unprosecuted. That legal environment is that of a "Constitution-free, maritime, commercial zone." What is the **STATE OF MICHIGAN** ?  It's a commercial entity operating commercially, via a tax exemption certificate, in a Constitution-free, maritime, commercial zone called "this state."

### Notice of Special Appearance by Affidavit

Challenge of jurisdiction under **Title 5 USC 556(d)**-[burden of proof is on the government.]
*Quaelibet Jurisdictio Cancellos Suos Habet*
'*Every jurisdiction has its own limits.*' **Jenk. Cent. Cas. 139.**

"A special appearance is an appearance solely for the purpose of testing the jurisdiction."
**Bailey v. Schrada, 34 Ind. 261; Huff v. Shepard, 58 Mo. 246**

A special appearance is for the purpose of testing the sufficiency of service or the jurisdiction of the court;
**State v. Huller, 23 N.M. 306, 168 P. 528, 534, 1 A.L.R. 170.**

*COMES NOW RESPONDENT/AFFIANT*, **:Stephanie- of The Family: McDuel**, hereinafter called "Respondent", in pro per, sui juris, NOT a pro se party with this Affidavit of Special Appearance.
Respondent is appearing before this court Specially, and not Generally, in Pro Per ("in one's own proper person"), Sui Juris, regarding above trust number,

This Special Appearance by Affidavit is for the purposes of challenging the courts presumption and assumption of jurisdiction

I hereby declare, reserve, claim and retain ALL rights and defects in process. I claim and reserve all of my rights under **UCC 1-308**. I further declare that I am a WO/Man and living soul and NOT a 'legal fiction' . I am not a member of the political or legal society over which the court has jurisdiction, and I do not agree to be characterized as a legal fiction. I revoke all powers of attorney past and present *nunc pro tunc* as I am competent to handle my own affairs.

I, **:Stephanie- of The Family: McDuel** , am a living WO/Man and living soul. Is there a man or woman who has a claim against me?

**1.** *Challenge Negates Jurisdiction*
By this Affidavit, Affiant challenges the subject-matter and in personam jurisdiction of this court. Therefore, this court now is without jurisdiction.

"The presumption that officials have done their duty is limited by the rule that a presumption cannot be based upon a mere presumption, and will not supply proof of independent, substantive facts, such as that a deficiency judgment was entered and docketed by the clerk of the court. " **Mahoney v Boise Title & T. Co. (1926) 116 Okla 202, 244 P 170**

Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action. **Melo v. US, 505 F2d 1026.**

"Once jurisdiction is challenged it must be proven." **Hagans v. Levine 415 US 533 note 3**

The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings." **Hagans v Lavine, 415 U. S. 533.**

"No sanction can be imposed absent proof of jurisdiction."**Stanard v. Olesen, 74 S.Ct. 768**

"The law provides that once State / Federal Jurisdiction has been challenged, it must be proven." **Maine v. Thiboutot, 100 S. Ct. 2502 (1980)**

"Once challenged, jurisdiction cannot be assumed, it must be proved to exist." **Stuck v. Medical Examiners, 94 CA2d 751.211 P2s 389**

"The burden shifts to the court to prove jurisdiction." **Rosemond v. Lambert, 469 F2d 416.**

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." **Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150**

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. **McNutt v. GMAC, 298 US 178. Origins found in Maxfield's Lessee v Levy, 4 US 308**

"It is impossible to prove jurisdiction exists absent a substantial nexus with the state such as voluntary subscription to license. All jurisdictional facts supporting claim that supposed jurisdiction exists must appear on the record of the court."**Pipe Line v. Marathon. 102 S. Ct. 3858 quoting Crowell v. Benson 883 US 22**

"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal" **Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279**

**2.** *Jurisdiction Not Within Discretion of Court*
Affiant reminds this court that the matter of jurisdiction is not a matter within the discretion of this court. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." **Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.**

A court "generally may not rule on the merits of a case without first determining that it has jurisdiction over the category of claim in the suit (subject-matter jurisdiction) . . . ." **Sinochem Int'l Co. Ltd. v. Malaysia Int'l Shipping Corp., 549 U.S. 422, 430–31 (2007)**

"The burden shifts to the court to prove jurisdiction." **Rosemond v. Lambert, 469 F2d 416.**

"The proponent of the rule has the burden of proof.."**Title 5 U.S.C. §556(d)**

**3.** *Jurisdiction Cannot Be Waived*

The principles of waiver, consent, and estoppel do not apply to jurisdictional issues—the actions of the litigants cannot vest a district court with jurisdiction above the limitations provided by the Constitution and Congress. "If the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." **Norman v. Zieber, 3 Orat202-03**

**4.** *Jurisdiction Can Be Raised At Any time*
Federal Rule 12(h)(3) states that, "if the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." **Fed. R. Civ. P. 12(h)(3).**

"Jurisdiction can be challenged at any time." and "Jurisdiction, once challenged, cannot be assumed and must be decided." **Basso v. Utah Power & Light Co., 495 F2d 906, 910.**

"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal." **Hill Top Developers v. Holiday Pines Service Corp., 478 So. 2d. 368 (Fla 2nd DCA 1985)**

"The objection that a federal court lacks subject-matter jurisdiction may be raised by a party, or by a court on its own initiative, at any stage in the litigation, even after trial and the entry of judgment." **Arbaugh v. Y & H Corp., 546 U.S. 500, 506 (2006) (citations omitted) (jurisdiction upheld); see also Kontrick v. Ryan, 540 U.S. 443, 455 (2004)**

On appeal—even for the first time at the Supreme Court—a party may attack jurisdiction after the entry of judgment in the district court. **Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006).**

Even the party that had invoked the district court's jurisdiction can argue on appeal, to avoid an adverse judgment, that the district court lacked jurisdiction. **13 Wright & Miller § 3522, pp. 122–23**

"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent." **U.S. v. Rogers, District Court Ark.,23 Fed 658 1855**

**5.** *Acts by Court a Nullity*
Affiant notices this court that any action taken by the court absent proof of is a nullity.
"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." **Norwood v. Renfield, 34 C 329; Ex parte Giambonini, 49 P. 732.**

"Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no protection, and afford no justification, and may be rejected upon direct collateral attack." **Thompson v. Tolmie, 2 Pet. 157, 7 L.Ed. 381; Griffith v. Frazier, 8 Cr. 9, 3L. Ed. 471.**

"Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void ab initio." **In Re Application of Wyatt, 300 P. 132; Re Cavitt, 118 P2d 846.**

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." **Dillon v. Dillon, 187 P 27.**

**6:** *LACK OF JURISDICTION*: No witness, no facts, no jurisdiction.
"There is no discretion to ignore lack of jurisdiction." **Joyce v. U.S., 474 F2d 215.**

"No sanction can be imposed absent proof of jurisdiction." "Once challenged, jurisdiction cannot be ´assumed´; it must be proved to exist!" **Stanard v. Olesen, 74 S.Ct. 768**

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." **Dillon v. Dillon, 187 P 27.**

In regard to courts of inferior jurisdiction, "if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." **Norman v. Zieber, 3 Or at 202-03**

"Where a person is not at the time a licensee, neither the agency, nor any official has any jurisdiction of said person to consider or make any order. One ground as to want of jurisdiction was, accused was not a licensee and it was not claimed that he was."**O'Neil v. Dept Prof. & Vocations 7 CA 2d 398; Eiseman v. Daugherty 6 CA 783**

"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court" **OLD WAYNE MUT. L. ASSOC. v. McDONOUGH, 204 U. S. 8, 27 S. Ct. 236 (1907).**

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted. "**Latana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 F Supp. 150**

"Where the question of jurisdiction in the court of the person, the subject matter, or the place where the crime was committed can be raised, in any stage of a criminal proceeding; it is never presumed, but must always be proved; and it is never waved by the respondent." **U.S. v. Rogers, District Court Ark.,23 Fed 658 1855**

"Therefore, it is necessary that the record present the fact establishing the jurisdiction of the tribunal" **Lowe v. Alexander 15C 296; People v. Board of Delegates of S.F. Fire Dept 14 C 279**

"It is basic in our law that an administrative agency may act only within the area of jurisdiction marked out for it by law. If an individual does not come within the coverage of the particular agency's enabling legislation the agency is without power to take any action which affects him." **Endicott v. Perkins, 317 US 501**

"If the court is not in the exercise of its general jurisdiction, but of some special statutory jurisdiction, it is as to such preceding an inferior court, and not aided by presumption in favor of jurisdiction." **1 Smith's Leading Cases, 816**

"Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." **Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652**

**JURISDICTION**

TRUST NUMBER: _____

EXHIBIT 1111

I am here by way of Special Appearance to challenge jurisdiction and to have this matter dismissed. I believe this court lacks jurisdiction.

**1.** I want to see the jurisdiction duly placed into evidence. In the copy of the file I have it is nonexistent.

**2.** I don't believe this court can produce a competent witness against me.

**3.** I don't believe this court can produce a lawful oath of office for a judge.

**4.** I don't believe this court has a valid cause of action against me nor was there proper due process.

**5.** I don't believe this court has any evidence against me

This court must prove jurisdiction.

WHEREAS, Affiant demands this court for dismissal of this action and release/removal and collapse of the above trust number(s) without prejudice along with just compensation for injuries caused and time invested for preparing lawful documents in this matter made payable immediately to Affiant in the amount of **$5000.**

## VERIFICATION

Under the penalty of perjury of the laws of the **State of MICHIGAN**, I, **STEPHANIE MCDUEL**, depose, declare, certify, verify, and state, that I am at least 21 years of age, that I am competent to make this Verification, and that the statements of fact are within my personal knowledge, and that the statements of law are within my best efforts and to the best of my understanding and belief.

The statements in this document are true and correct. Key, for all times relevant to this matter, these matters, I have never acted or intended to act within any concept of "transportation." I am not in the "transportation" business, and I have had, and still have, no desire to be in the "transportation" business.

For all times relevant to this matter, I have never remotely had any intent to remove people and/or goods from here to there for profit or hire under any choice of law, much less the choice of law of the place called "this state."

For all times relevant to this matter, I was intentionally and knowingly "traveling," and that under a choice of law of the Law of the Land. Further, Declarant sayeth not.

## FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,
(Printed Name:) : Stephanie- of the family McDuel
Principal, by Special Appearance, proceeding Sui Juris.

Signed: _____

Date: 1/31/2025

On this 31st day of January, 2025, before me, the undersigned, a Notary Public in and for Michigan personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____

Printed Name: Steven Manoog Assarian

Date: 1/31/25

Address: 111 Library St. NE
GR MI 49503

STEVEN MANOOG ASSARIAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires July 16, 2027
Acting in the County of Kent

Respectfully submitted,

:Stephanie: of the Family McDuel, authorized representative of
Stephanie McDuel
stephaniemcduel@gmail.com
616-448-7108
11/15/2024

**CERTIFICATE OF SERVICE**

I, Stephanie McDuel, certify that I hand delivered the preceding document to the Clerk's office of
the Federal Bldg, 110 Michigan St NW #399, Grand Rapids, MI 49503.

Respectfully Submitted:
Stephanie McDuel 11/15/2024

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,
(Printed Name:) **Stephanie** of the family name **McDuel**
authorized representative of Stephanie McDuel

Principal, by Special Appearance, proceeding Sui Juris.

Signed: _____
Date: ___1/31/2025___

On this _31st_ day of _January_ , _2025_, before me, the undersigned, a Notary Public in and
for _Michigan_ , personally appeared the above-signed, known to me to be the one
whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____
Printed Name: _Steve P Manoog Assarian_
Date: _1/31/25_
Address: _111 Library Sh. NE GKMI 49503_

STEVEN MANOOG ASSARIAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires July 16, 2027
Acting in the County of _Kent_

TO: Clerk of the 62-b Judicial District Court        FROM: Stephanie McDuel

4740 Walma Ave SE                                P.O Box 6647

Kentwood, MI 49512                         Grand Rapids, MI 49516

01/31/2025

## LETTER ROGATORY FOR RELIEF

### Under the Hague Convention Title 18 §1781

I, **:Stephanie- of The Family:McDuel**, a living Soul and breathing Man and Executor for the **STEPHANIE MCDUEL** Cestui que trust, notice the Court of my Letter Rogatory to the **62-B District Court** and demand my name be cleared of this alleged family court case for the reasons set forth below:

**1)** I, **:Stephanie- of The Family:McDuel**, have learned that this alleged Court that has scheduled a case/cause/claim against me is not really a court as per the Constitution of the United States of America (not an Article III Court), but rather a military tribunal under Admiralty jurisdiction and is operated as a private, for profit corporation listed on Dun and Bradstreet.

**2)** I have learned of the fraud that goes on behind the scenes of these alleged criminal cases, which are really civil claims in equity, and the steps taken to securitize these civil claims, without giving full disclosure to the people. I am hereby letting the court know that I am opting out of any contract and do not allow any documents regarding me or my cestui que trust to be securitized and sold to investors etc.

**3)** As you may be fully aware, the fraudulent process is as follows: All cases are civil, though often fraudulently called criminal. The courts are operating under trust law, assuming the Defendant and Respondent is a decedent (civiliter mortuus). After finding the alleged Defendant guilty, the court clerks sell the judgments to the Federal Courts. Since the Defendant and or Respondent is a decedent,  presumed to be a ward of the court, incompetent and of unsound mind, the court officials consider themselves as a beneficiary as the powers that be (international bankers) have concocted a reverse trust scheme on we, the people, who are supposed to be the beneficiaries because we are the actual creditors.

**4)** When a judge asks if a person understands, he/she is asking if the person is liable for the bond. I am not responsible for the bond of this/these cases, but I will appoint the Judge as Trustee/Fiduciary and be the beneficiary of all proceeds.

**5)** The judgments are stamped with something to the effect of Pay To The Order Of__on the back and taken to the federal discount window. The judgment now becomes a note.

1

COPYRIGHT 2024 © ALL RIGHTS RESERVED UCC1-308

**6)** The notes are then pooled together and then become securities, which are yet to be pooled together and sold as bonds.

**7)** Said bonds are liens against me, a defendant-in-error.

**8)** The United States Attorney's Office has a code number, NAICS (North American Identification Security Classification. Said NAICS number enables the United States Attorney's Office to trade globally all securities.

**9)** All US federal courts are registered with the DOD (Department of Defense), where they are registered with CCR (Contractor's Central Registration), under the DOD, which another department called DLIS (Defense Logistics Information Service), which issues a cage code, which means a commercial and government entity, which everything corresponds with their bank account.

**10)** Said United States Attorney's Office and the Courts have a Duns number (Dun & Bradstreet).

**11)** Everything filed into court is securitized without the knowledge or consent of the people or of all parties involved.

**12)** All criminal cases not heard in an Article 3 court (District Court of the United States) are actually civil; however, the courts again commit fraud by labeling the case as criminal, even for an infraction as minimal as a parking ticket. All cases which plead out or have a guilty conviction label the civil defendants (through unlawful conversion) as felons when they are not. This is a fraud upon the people at large, and certainly fraud upon the alleged Defendants-in-error.

**13)** The Bank Account is at the Federal Reserve Bank of New York, in New York City. The Depository Agreement is signed by the Clerk of Court.

**14)** All securities are then deposited with the DTC in New York.

**15)** An Escrow Agent is used as a go-between - between the Clerk's Office and the Federal Reserve Bank of New York.

**16)** The securities end up being listed through the Seventh Circuit (Chicago, IL), then sent to the DTCC, the clearinghouse whom lists the securities for trading.

**17)** All of the lawyers involved are acting as private debt collectors according to the **FDCPA (Title 15§1692).** The BAR Association exempts them from having to be registered as such; however, they operate through call warrants, which are like a put, or a call. Doing margin calls is where they convert a case through (similar to a Writ of Execution) use the case number to buy equity securities.

**18)** Everything filed into court is securitized and turned into negotiable instruments, and then turning them into securities. These items are sold commercial items, calling them distress debts

2

(Unifund). The items are then pooled together in what is now called a hedge fund, where they are sold globally.

**19)** Anytime when there is risk management involved, it is for the securities. This is an underwriting company. When the hedge funds are going into the global market, they go through Luer Hermes, a bond holder and underwriting company and subdivision of Alliance SE, of Munich ,Germany (Pimco   Bonds).

**20)** After 9 months, all paper is converted to a securities status. This is defined in **Title 15§77(a)(b)(1)** and is now considered to be an investment contract. The paper is endorsed to become a security, and the trust is then collapsed.

**21)** The courts have an account with the IMF (International Monetary Fund) under Interpol. The Judges involved and the US Attorneys involved do not have an accessible Oath of Office , because they cover up the fact that the oath of office is between them and the IMF.

**22)** The US Judges and US Attorneys are actually employees of the IMF and have expatriated out of the United States. They are now unregistered foreign agents under **Title 22**, which states all foreign agents must be registered. These hypocrites don't even adhere to their own codes.

**23)** The court judgments are deposited with the IMF. Since this case obviously involves me, I have a drawing to all proceeds. See **UCC §3-305 and §3-306**. The court judgments are monopolized according to **Title 16**, which is a violation of antitrust laws, and also unfair trade practice.

**24)** Indictments are True Bills, meaning they are negotiable instruments. The District Attorney failed to give me a 1099 OID showing me as the recipient of the funds, which is a fraud upon me. In my case, I have not been indicted, but still request a 1099 OID, unless the court wishes to close this account.

**25)** The unlawful funds, through fraud and deception, are deposited in the Federal Reserve Bank of New York and they have not paid the tax on this income. According to the IRC, this is a **§7201** of **Title 26** violation (willful failure to file with the intent to evade the tax).

**26)** A copy of the Depository Resolution Agreement was not made available to me from the Clerk of Court. The Clerk of Court makes deposits into the Federal Reserve Bank of New York via electronic funds transfers (EFT's).

**27)** The Clerk has a PMIA (Private Money Investment Account) is, which also has a government code. According to Clerks Praxis, the Clerk of the US District Court is the Registrar in Admiralty.

**28)** According to the **IRS §6209** Decoding Manual and the ADP (Automated Data Processing Manual), all 1099's are Class 5 gift and estate taxes. I am asking for a 1099 OID in this case, as I am not willing to gift you the proceeds. I am hereby asking for the proceeds in their entirety, including interest.

**29)** It is presumed that by the creation of the birth certificate, my body the labor there from is pledged to the State. This is patently absurd as this unilateral, quasi-contract is lacking in full

3

COPYRIGHT 2024 © ALL RIGHTS RESERVED UCC1-308

disclosure to the parents and the babies still in their cribs.I have never pledged my rights nor my body, any labor thereof, nor any creation therefrom to any gifting program, including any court or court process.

**30)** I am not a charitable organization. I demand all funds from the cases (current and past cases) be sent to me within 30 days or I will file complaints to the IRS and SEC explaining the fraud and theft committed upon me, and issue a 1099 OID.

**31)** I demand my name and my cestui que trust name, **STEPHANIE MCDUEL** be removed from any and all government databases indicating bad credit, commercial liens and/or the titles of criminal, felon and/or debtor be removed immediately and permanently NUNC PRO TUNC.

**32)** I hereby request a copy of the Depository Resolution Agreement from the Clerk of Court. And a W-9 from the Judge and the US Attorney involved, if you wish to proceed with this case.

**33)** I hereby notice the Court that I am the Executor of the cestui que trust of **STEPHANIE MCDUEL**. According to **Title 26 §303 & §7701**, companies, corporations, and associations and trusts are all descendants. This means my all capital letters name is a legal estate. My all capital letters name falls into this class. I direct all of the affairs and financial affairs of **STEPHANIE MCDUEL**, an Estate.

**34)** I demand this case/account be closed and no further steps taken to securitize it.

**35)** I hereby ask the Court, as my fiduciary and trustee, to notify local agents and agencies to put me on a do not disturb or detain list so that we do not have to go through this again. Additionally, I demand compensation from the **62-B District Court, STATE OF MICHIGAN** in the amount of **$10,000.00** for the commercial injury I have sustained from the loss of my property, loss of time from work, the cost of certified mailings of **AFFIDAVITS, NOTICE AND DEMAND** letters to the parties involved, the cost of filings and recordings as well as the expenses incurred for traveling as a result of being deprived of the use of my private property (automobile) which was unlawfully converted for public use.

**36)** I want to remain confident that the Court and its officers want to follow the law, and perhaps were unaware of the processes of civil and criminal cases and that the public policy enforcers are ignorant of the aforementioned facts regarding their often erroneous administration of the Cestui que trust.

**37)** I expect no further harassment from rogue unregistered foreign agents and public policy enforcers acting under color of law.


**FURTHER AFFIANT SAITH NOT.**
Subscribed and sworn, without prejudice, and with all rights reserved,
:**STEPHANIE**: of the family name :**MCDUEL**
Principal, by Special Appearance, proceeding Sui Juris.

4

COPYRIGHT 2024 © ALL RIGHTS RESERVED UCC1-308

CASE NUMBER: 24-30357-SM

Signed: _____

Date: _1/31/2025_____

On this _31st_ day of _January_, _2025_, before me, the undersigned, a Notary Public in and for _Michigan_____, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____

Printed Name: _Steven Manoog Assarian_____

Date: _1/31/25_____

Address: _111 Library St NE_____
_GR MI 49503_

STEVEN MANOOG ASSARIAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires July 16, 2027
Acting in the County of _Kent_

COPYRIGHT 2024 © ALL RIGHTS RESERVED UCC1-308

TRUST NUMBER: 24-30357-SM

TO: Clerk of the 62-b Judicial District Court
4740 Walma Ave SE
Kentwood, MI 49512

FROM: Stephanie McDuel
P.O Box 6647
Grand Rapids, MI 49516

01/31/2025

## NOTICE OF MISTAKE

1. TAKE NOTICE THAT: In the matter of **SURETY** for the **STEPHANIE MCDUEL TRUST** I believe that there has been a **MISTAKE**, as the **SOLE BENEFICIARY OF A PUBLIC DOCUMENT** has **been INCORRECTLY IDENTIFIED** as an "accused" and/or a "suspect".

2. **FORGIVE ME:** If I, **AND/OR PERSONS AND/OR FRIENDS OF THE COURT AND/SUCH OTHER PARTIES ACTING IN MY INTERESTS**, have led **A COURT** and/or **STATUTORY BODY** and/or **A GOVERNMENT SERVICE** and/or **AGENTS** and/or **OFFICERS** of such bodies, to believe, by responding to "You", and/or "**STEPHANIE MCDUEL**", and/or **SUCH OTHER IDENTIFICATION**, such bodies **HAVE ADDRESSED ME AS**, that I am the **PARTY WITH SURETY** in this matter, then that would be a **MISTAKE**, and please forgive me.

3. If I, **AND/OR PERSONS AND/OR FRIENDS OF THE COURT AND/OR SUCH OTHER PARTIES ACTING IN MY INTERESTS**, have led **A COURT** and/or **STATUTORY BODY** and/or A **GOVERNMENT SERVICE** and/or **AGENTS** and/or **OFFICERS** of such bodies, to believe, by responding to "You", and/or "**ATIF TATE** and/or **SUCH OTHER IDENTIFICATION**, such bodies **HAVE ADDRESSED ME AS**, that I am, in **ANY CAPACITY**, a *Pro Se* litigant and/or a **LEGAL PERSON** in this matter, then that would be a **MISTAKE**, as I **DO NOT CONSENT and WAIVE THE BENEFIT** to such titles (Waiver of the **CHANGE OF NAMES ACT OF FEDERAL RULES**), and please forgive me.

4. **THEREFORE:** As I have no knowledge of who "You" and or "**STEPHANIE MCDUEL** " and/or **SUCH OTHER IDENTIFICATION ANY COURT** and/or STATUTORY BODY and/or **GOVERNMENT SERVICE** and/or **AGENTS** and/**or OFFICERS** of such bodies **[HEREAFTER "YOU"], HAS ADDRESSED ME AS, I RESPECTFULLY ASK**; **by WHAT AUTHORITY ARE "YOU" ADDRESSING** me as such?

5. As the **SURETY BOND (BIRTH CERTIFICATE**) has been deposited into the **COURT, WHAT EVIDENCE** does the **COURT** have that I, as **a MAN** who is not lawfully entitled to the **BENEFITS of a BIRTH CERTIFICATE**, have any **SURETY** in this matter?

6. As **GOVERNMENT** is the **SOLE SIGNATORY PARTY** on the **SURETY BOND (BIRTH CERTIFICATE**), with **SOLE AND FULL SURETY** as **TRUSTEE** for the **LEGAL NAME**, **WHAT EVIDENCE** do **YOU** have that I am **a TRUSTEE** for the **LEGAL NAME**. **WHAT EVIDENCE** do **YOU** have that I am a **TRUSTEE** and have **ANY SURETY** with respect to **ANY NAME?**

7. **WHAT EVIDENCE** do **YOU** have, that I am an **OFFICER**, an **AGENT**, a **TRUSTEE** and/or an **EMPLOYEE** of the **CROWN**? **WHAT EVIDENCE** do "**YOU**" have of any **WARRANT OF AGENCY** for the principal?

8.  **WHAT EVIDENCE** do "**YOU**" have that there has been any meeting of the minds, any **PROPER NOTICE** given, any considerable **CONSIDERATION** offered, or that I have **ANY INTENT** to **CONTRACT** in this matter?

As such, I am returning your **OFFER, DECLINED**, for immediate **DISCHARGE** and **CLOSURE.**

The use of such instruments (body attachment, bench warrants, arrests, Including garnishment of wages etc.) presumably is a method to "streamline" arresting people and circumventing the Fourth Amendment to the United States Constitution, and is used as a debt-collecting tool using unlawful arrests and imprisonment to collect a debt or perceived debt.

"by definition, probable cause to arrest can only exist in relation to criminal conduct; civil disputes cannot give rise to probable cause"; **Paff v. Kaltenbach, 204 F.3d 425, 435 (3rd Cir. 2000)** (Fourth Amendment prohibits law enforcement officers from arresting citizens without probable cause. See, **Illinois v. Gates, 462 U.S. 213 (1983)**, therefore, no body attachment, bench warrant or arrest order may be issued.

If a person is arrested on less than probable cause, the United States Supreme Court has long recognized that the aggrieved party has a cause of action under 42 U.S.C. §1983 for violation of Fourth Amendment rights. **Pierson v. Ray, 386 U.S. 547, 87 S.Ct. 1213 (1967). Harlow v. Fitzgerald, 457 U.S. 800, 818** (there can be no objective reasonableness where officials violate clearly established constitutional rights such as--(a) United States Constitution, Fourth Amendment (including Warrants Clause), Fifth Amendment (Due Process and Equal Protection), Ninth Amendment (Rights to Privacy and Liberty), Fourteenth Amendment (Due Process and Equal Protection).

## NOTICE OF DEMAND OF OATH OF OFFICE and STATEMENT OF JURISDICTION

PUBLIC NOTICE FOR:

d/b/a: Judge Amanda Sterkenburg – **FOR THE 62-B COURT OF KENTWOOD**

and Court Clerks, sundry employees, officers, agents, et al.

a/k/a: PUBLIC SERVANTSs – **KENTWOOD, MICHIGAN** AND KENT County, And Court Clerks, sundry employees, officers, agents, et al.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

## Point of Law

All contracts commence with an offer and only become binding upon acceptance. **See Farnsworth on Contracts ©2004 by E. Allan Farnsworth, Third Edition, Aspen Publisher, ISBN: 0-7355-4605-3 (Vol. 1) 3.3**

The People's Contract a/k/a "The Constitution of the United States of America" or "This Constitution" (Articles 1-6; Bill of Rights 1-10) mandates an oath of office for all officers in public service to wit: " . . . the judges in every State shall be bound thereby, any Thing in the Constitution or Laws of an State to the Contrary notwithstanding."

Further, the **CONSTITUTION OF THE STATE OF MICHIGAN** mandates every PERSON elected or appointed subscribe to an oath that he will "support"[1] and "maintain" the Constitution for the United States and the constitution of "this state," (20.1) and purchase a faithful performance bond as a good faith pledge that the Officer will conduct his/her duties per the requirements of both constitutions "before entering upon his duties" in relation to his/her public office as a **PUBLIC SERVANT (22.19; NMSA 7-2-2 thru 7-2-7).**

BE IT KNOWN to ALL COURT OFFICIALS AND ATTORNEYS et al. that I accept your oath(s) of office d/b/as "Judge" or "other" for the County of **KENT** provided that you are competent to conduct the duties of office having subscribed to the required oath and posted a faithful performance bond as required by fundamental law.

FURTHERMORE NOTICES *all custodians of the public trust* to *release all* custodial holding[s] completely leaving no residue being held by any custodian whatsoever and return all property or interest either tangible, intangible, *ledger*[financial] and real property in this matter as I am the sole surviving heir of my parent's precious and lawful love, and have the only absolute claim of dominion.

Should the above statements not be true, then let the record be corrected or it will stand as truth.

All rights Reserved,

[1] *Support, n. 5. In general, the **maintenance** or sustaining of any thing **without suffering it to fail, decline or languish.** Daniel Webster's Dictionary (1828). [Emphasis added]*

**Maintain**, v.t. [L. manus and teneo.] 1. To hold, preserve or keep in any state or condition; to support; to sustain; not suffer to fail or decline. **Daniel Webster's Dictionary (1828).**

<u>**I hereby give you ten (3) days to reply to this notice from the above date with a notice sent using recorded post and signed under full commercial liability and penalties of perjury, assuring and promising me that all of the replies and details given to the above requests are true and without deception, fraud or mischief. Your said failure to provide the aforementioned documentation within ten (3) days, from the above date, to validate the debt, will constitute your agreement to the following terms:**</u>

*That the debt did not exist in the first place;*
*OR*
*It has already been paid in full;*

*AND*

*That any damages suffer, you will be held culpable;*
*That any negative remarks made to a credit reference agency will be removed;*
*You will no longer pursue this matter any further.*
*You agree to pay all fee schedules.*

*Please Note: I wish to deal with this matter in writing and I do not give your organization permission to contact me by telephone. Should you do so, I must warn you that the calls could constitute 'harassment' and I may take action under Section 1 of the Protection from Harassment Act 1997 and the Administration of Justice Act 1970 S.40, which makes it a Criminal Offense for a creditor or a creditor's agent to make demands (for money), which are aimed at causing 'alarm, distress or humiliation', because of their frequency or manner.*

## STATEMENT OF FACTS

### For the record we wish to effect payment immediately. What is the sum certain on the penal funds?

**Affiant is a national** *of the* **nation/state of Michigan,** *as contemplated by the act of congress evidenced and restated at* **8 U.S.C. 1101(a)(2).** *Affiant is aware and knows that the U.S. bankruptcy is verified in* **Senate Report No. 93-519 93rd. Congress, 1st Session (1973), Summary of Emergency Power Statues, "Executive Orders 6073, 6102, 6111, and by Executive Order 6260 on March 9th, 1933 under the "Trading with the Enemy Act (Sixty-Fifth Congress, Session 1, Chapters 105, 106, October 6th, 1917, and as further codified at 12 U.S.C.A. 95(a) and (b) as** *amended.*

- I conditionally accept all facts in the claim if the respondent can prove authority to make presentments
- I conditionally accept for value and return for value the presumption I have a duty to show cause for actions upon proof of claim that it is not public policy of the **UNITED STATES** under **HJR-192** *to not pay debts at law but instead to exchange consideration upon a dollar for dollar basis to discharge or offset a liability.*
- I conditionally accept for value and return for value the presumption I have a duty to show cause for my actions with the bank or respondent upon proof of claim that without money of account (*as established under* **Article One, Sections 10**, *clause one, of the Organic Constitution of the United States of America*) in circulation that the only commercial consideration that exists is each and every person's exemption by way of a prepaid account operated by the United States Secretary of Treasury.

Affiant is aware and knows that a certificate of live birth (certificate of title) is a bond that evidences title held by the **Depository Trust Company (DTCC).** The issuer has legal title; you have equitable title up until you partner up to share equitable title with the United States. SS-5 creates the UPPERCASE NAME which is surety for the Vessel. The Vessel is the body and evidenced on the application by length, weight, and footprints. A body manifested into the sea of

commerce. The beneficiary is supposed to be Me, Myself, and I. But the Depository Trust Company (DTCC) is at 55 Water Street New York City and operates both the public and the private side. Under Civil Rico Racketeering Laws **18 U.S.C**. 1964 as corporations may have established a pattern of racketeering activity by using mail to collect an unlawful debt. If proven there is a conspiracy to deprive of property without due process is various constitutional injuries under **18 U.S.C.A. 241**. *Knowledge and neglect to prevent a United States Constitutional wrong. 31 U.S.C. 5118 (d)2 None can ask for payment in specific coin. 31 U.S.C. 3123* There is no money, so no one can demand payment... the United States will discharge debt dollar for dollar.

Affiant is aware and knows that legal tender (FEDERAL RESERVE NOTES) are not good and lawful money of the United States. See Rains V. State,State, 226 S.W .18

Affiant is aware and knows that the Undersigned affiant has been estopped from using and has no access to ' lawful Constitutional Money of exchange' ( see U.S. Constitution- Article 1 Section 10) to "pay debts at law", and pursuant to HJR-192, can only discharge fines, fees, debts, and judgements 'dollar for dollar' via commercial paper or upon Affiant's Exemption.
There are no judicial courts in America and there has not been since 1789. Judges do not enforce statutes and codes. Executive Administrators enforce statutes and codes. ( FRC V. GE 281 US464 KELLER V. PE 261 US 428, 1 STAT. 138-178

I HEREBY notice that I am the executor of the Cestui Que Vie Trust of **STEPHANIE MCDUEL** according to Title 26 sections 303 & 7701, companies, corporations, and associations and trusts are all descendants. This means my all UPPERCASE NAME IS A LEGAL ESTATE. My ALL UPPERCASE NAME falls into this class. I direct all of the affairs and financial affairs of **STEPHANIE MCDUEL**

The following documents are needed  to move forward in these matters
All tax bond receipts 1099 OID, 1099A, 1099C

The authorization from the **INTERNAL REVENUE SERVICE** to go forward with the above mentioned **account number [ 26 U.S.C. 2032A(e)11]**
**Employee Affidavit [ Title 5 U.S.C. 3333]**
**Registration [Title 22 U.S.C. 611 and 612]**

*Please provide all of the following information and submit the appropriate forms and paperwork back to me along with an affidavit signed in accordance with 28 U.S.C. 1746 for validation and proof of claim.*

I affirm that all statements, facts, and information presented in this affidavit/ writ are correct and are presented as evidence for the record. Evidence, exhibit, Information, and facts are placed in Evidence in this case, and As I am reserving and retaining all my rights and affirm to the best of my knowledge and belief.

## *MAY ALL PARTIES BE MINDFUL OF 48 CFR, 48 U.S.C., UNIFORM COMMERCIAL CODES 1-308, 3-402, 3-419 3-501,*

Affiant is aware and know that the various and numerous references to case law, legislative history, state and federal statutes/ codes, Federal Reserve Bank Publications, Supreme Court decisions, the Uniform Commercial Codes, U.S. Organic Constitutional, and general recognized maxims of Law as cited herein and throughout establish the following:

*A) That the U.S. Federal government and the several United States did totally and completely debase the organic Lawful Constitutional Coin of the several States of the Union of the United States.*

*B) That the Federal Government and the several United States have and continue to breach the express mandates of Article 1 Section 10 of the Federal Constitution regarding the minting and circulation of lawful coin.*

*C) That the lawful coin ( i.e. organic medium of exchange) and the former ability to PAY DEBTS has been replaced with fiat, paper currency, with the limited capacity to only discharge debts. D) That Congress of the United States did legislate and provide the American People a remedy/ means to discharge all debt "dollar for dollar" via HJR-192 due to the declared Bankruptcy of the Corporate United States via the abolishment of Constitutional Coin and Currency. No Assured value, no liability, errors, nor omissions excepted. All rights reserved and retain without recourse-non-assumpsit*

### FURTHER AFFIANT SAITH NOT.

Subscribed and sworn, without prejudice, and with all rights reserved,
(Printed Name: **:Stephanie of The Family: McDuel**
Principal, by Special Appearance, proceeding Sui Juris.

Signed: _____
Date: _____

On this _____ day of _____ , 2025 , before me, the undersigned, a Notary Public
in and for __Michigan__ , personally appeared the above-signed, known to me
to be the one whose name is signed on this instrument, and has acknowledged to me that s/he
has executed the same.

Signed: _____
Printed Name: _____
Date: _____
Address: _____

STEVEN MANOOG ASSARIAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires July 16, 2027
Acting in the County of Kent

**Ecclesiastical Deed Poll**

*Per Curiam Divina*

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as **[Stephanie] of the Clann [McDuel]**, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to Us without delay; and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust **Stephanie McDuel** and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance.

**FURTHER AFFIANT SAITH NOT.**

Subscribed and sworn, without prejudice, and with all rights reserved,
**Stephanie** of the family name **McDuel**
authorized representative of Stephanie McDuel

Principal, by Special Appearance, proceeding Sui Juris.

On this $31st$ day of _January_, $2025$, before me, the undersigned, a Notary Public in and for _Michigan_, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that s/he has executed the same.

Signed: _____
Printed Name: Stephanie McDuel
Date: 1/31/2025
Address: P.O. Box 16647 Grand Rapids, MI 49516

STEVEN MANŎOG ASSARIAN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KENT
My Commission Expires July 16, 2027
Acting in the County of Kent

**State of Michigan**
**Uniform Law Citation**

Ticket: N⁰ 212130

☐ Victim Involved

US DOT #

Incident No. 84-23328

Dept. No. 850

The People of: ☐ the State of Michigan
☐ Township  ☒ City  ☐ Village  ☐ County

Local Use/Arrest No.

Detection Device

BAC

OF: **KENTWOOD**

THE UNDERSIGNED SAYS THAT ON:

| Month | Day | Year | At approximately | ☐ A.M. ☐ P.M. | Date of Birth | Month | Day | Year |

State ☐ Oper./Chauff. ☐ CDL   Driver License Number  M-234-777-609-952

| Race | Sex | Height | Weight | Hair | Eyes | Occupation/Employer |

Name (First, Middle, Last)

Street

| City | State | Zip Code |

E-mail Address

Cellular Phone 616 475 4771

| Vehicle Plate No. | Year | State | Vehicle Description (Year, Make, Color) | Veh. Type |

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☒ State Law ☐ Administrative Rule

UPON

AT OR NEAR

WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **KENTWOOD**

COUNTY OF **KENT**    DID THE FOLLOWING

| Type | MCL Cite/PACC Code/Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ C/I ☒ Misd ☐ Fel  ☐ Warn ☐ Fug ☐ Waiv  ☐ Authorization pend. | | | 1 |
| ☐ C/I ☐ Misd ☐ Fel  ☐ Warn ☐ Fug ☐ Waiv  ☐ Authorization pend. | | | 2 |
| ☐ C/I ☐ Misd ☐ Fel  ☐ Warn ☐ Fug ☐ Waiv  ☐ Authorization pend. | | | 3 |

TO THE COURT:  Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s)
1 _____  2 _____  3 _____

Key for Type:   C/I=Civil Infraction   Misd=Misdemeanor   Fel=Felony   Warn=Warning   Fug=Fugitive
Waiv=Violation for Which Fines/Costs May be Waived   Authorization pend.=Authorization pending

Remarks:

N⁰ 212130 Ticket Name

VIN:

CHECK IF APPROPRIATE ☐ Damage to Property
☐ Vehicle Impounded  ☐ Injury
☐ Traffic Crash  ☐ Death
Person in Active Military Service ☐ Yes ☐ No

☐ Local Court Bond $ _____
☐ License Posted in Lieu of Bond
☑ Appearance Certificate
☐ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

Appearance Date on or before _____
Hearing Date (if applicable) on _____    ☐ Contact Court
☐ Juvenile Traffic Misd.  (Court will Notify)    ☐ Formal Hearing Required.  (Court will Notify)

In the **62B DISTRICT COURT**    Court of    **KENTWOOD**

Court Address & Phone Number
**62B DISTRICT COURT   4740 WALMA AVE SE   KENTWOOD, MI 49512**
(616) 698-9310
www.ci.kentwood.mi.us

☐ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best of
my information, knowledge, and belief.

Complainant's Signature and receipt if applicable

| Month | Day | Year |

Officer's Name (printed)

Officer's I.D No.

| Agency ORI | Agency Name |

MI- **4185000**    **KENTWOOD POLICE DEPARTMENT**

Case No.

UC-01a
Rev. 10/21    Court Copy 2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEPHANIE MCDUEL, Sui Juris, In Propria Persona,
By and Through Her Authorized Representative, Defendant,

v.

State of MI , et al., Plaintiffs,
62-B District Court

Case No.:

**Case No**. 24-30357-SM
People of the State of Michigan v. Stephanie McDuel

**MOTION TO DISMISS AND DEMAND FOR DAMAGES**

NOW COMES, Defendant,  Stephanie McDuel, Sui Juris, In Propria Persona, by and through her authorized representative, and moves this Honorable Court for an order dismissing all charges against her and awarding damages for false imprisonment and unlawful seizure. In support thereof, Defendant states:

I. UNLAWFUL SEIZURE & FALSE IMPRISONMENT

1. On November 19, 2024, Defendant was unlawfully detained by Officers Lucas Parker and Matthew Zaiger of the Kentwood Police Department in relation to a retail fraud investigation.

2. Officers conducted a search of Defendant's vehicle without a warrant, probable cause, or Defendant's consent, violating the Fourth Amendment.

3. Defendant was unlawfully deprived of lawfully prescribed medication, leading to a psychotic episode and severe mental distress, in violation of due process under the Fifth and Fourteenth Amendments.

II. VIOLATIONS OF STATE & FEDERAL LAW

1. The seizure of Defendant's property violates Michigan Criminal Procedure and Search and Seizure laws: a. MCL 780.653: Search Warrant Required for Seizure. b. MCL 750.356a: Unlawful possession or distribution of prescription drugs. c. MCL 750.349b: Detainment without valid legal justification, probable cause, or consent.

2. Federal violations include: a. The Controlled Substances Act (CSA): Unlawful seizure of medication lawfully prescribed to Defendant. b. DEA Guidelines on Prescription Medications: Lawfully prescribed drugs not involved in an investigation cannot be seized without valid legal justification.

## III. VIOLATION OF DEFENDANT'S CONSTITUTIONAL RIGHTS

1. Defendant was deprived of property without due process and subjected to a punitive enforcement action without a jury trial, constituting a Bill of Attainder in violation of Article I, Section 10 of the U.S. Constitution.

2. Supporting case law: a. Cummings v. Missouri, 71 U.S. 277 (1867): Legislative acts imposing punishment without a judicial trial are unconstitutional. b. Hale v. Henkel, 201 U.S. 43 (1906): An individual may stand on constitutional rights without owing anything to the public so long as they do not infringe upon others' rights. c. Clearfield Trust Co. v. United States, 318 U.S. 363 (1943): Government acting in a commercial capacity forfeits sovereign immunity.

## IV. RELIEF REQUESTED

WHEREFORE, Defendant respectfully demands:

1. Dismissal of all charges for lack of jurisdiction, due process violations, and constitutional rights infringement.
2. Immediate return of all unlawfully seized property without fees or penalties.
3. Compensatory damages for false imprisonment, unlawful seizure, and mental distress.
4. Any other relief deemed just and proper by this Court.

Respectfully submitted,

Stephanie M. Sui Juris, In Propria Persona
:Stephanie: of the Family McDuel, authorized representative of
Stephanie McDuel Trust
stephaniemcduel@gmail.com
616-448-7108
1/31/2025