UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
February 4, 2025 4:29 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW / 2-5

STEPHANIE MCDUEL
Plaintiff,

Case No.

V.

**1:25-cv-131**
**Jane M. Beckering**
**U.S. District Judge**

The State of Michigan 62-B Judicial District Court

**62-B District Court Case No** 24-30357-SM

Defendants,

### AFFIDAVIT OF TRUTH IN SUPPORT OF NOTICE OF REMOVAL

## WARNING TO STATE COURTS AND LAW ENFORCEMENT:

This Removal shall divest and disqualify The State of Michigan 62-B Judicial District Court In Kentwood, Michigan and all law enforcement holding writs from taking any further action in the underlying case for want of jurisdiction under **28 U.S.C. 1332, 1441, 1446, 1453, et al., and FRCP Rule 11.**

**28 U.S.C. §1446(b).** The notice of removal of a civil action or proceeding shall be within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading set forth the claim for relief upon which such action or proceeding is based, or within thirty days after service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, whichever period is shorter.

U.S.Code, Title 28, Part IV, Chapter 89, § 1441(f) under Derivative Removal Jurisdiction states: "The court to which a civil action is removed under this section is not precluded from hearing and determining an claim in such civil action because the State court from which such civil action is removed did not have jurisdiction over that claim"

Copies of this Notice are being served on counsel for Plaintiff and filed with the Clerk of Courts for the 62-B District Court/ JUDICIARY COURTS OF THE STATE OF MICHIGAN 4740 Walma SE Kentwood, MI 49548.

## CERTIFICATE OF SERVICE

I, Stephanie McDuel, certify that I delivered the preceding document to the Clerk's office of the Federal Bldg, 110 Michigan St NW #399, Grand Rapids, MI 49503.


Respectfully Submitted:
Stephanie McDuel 01/31/2025

It should be noted that 28 U.S. Code 1443 states "Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the united states for the district and division embracing the place wherein it is pending: (1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof; (2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law."

Defendants are seeking separately for damages for the wrongful acts performed by the Plaintiff, and both Attorney and Judge.

This Removal is dual in purpose; first to remove the pending state case from state court and second to challenge a statutory scheme which is ongoing and denying a legal right to fully defend the case by challenging the legality and clarity of the leasing agreement.

This action as removal is sought to be under FRCP Rule 42. The core of the federal civil action also attacks the problem of state courts' routine but illegal denial of a recognized due process of law, thus presenting a ripe FEDERAL QUESTION concerning an unfair application of state law.

## STAY ON PRIOR STATE ACTS ACTIVITY REQUESTED

Defendants moves within this removal a self-contained Motion for a STAY on any consideration by this court. This petition is seeking all tiers of stay including temporary restraining order, issued sua spante or on any motion until the constitutional issues raised are declared either constitutional or unconstitutional and their rights be judicially defined.

There is no detriment to any party by way of a delay in this proceeding and the important public interest in fair access to judicial rights and defense is of tremendous concern to this and all courts in Michigan. No other means at law exist to protect the defendant's rights and those similarly form this ongoing built-in judicial abuse and disparity over those that can't afford the legal assistance.

Removing party asks that the usual provision of the time constraints applicable to removals be stayed and waived to allow this challenge to be perfected with due process of law.

## CONCLUSION

This court therefore has jurisdiction over the parties involved in this instant matter and the Removal and Petition are meant to achieve an urgently necessary determination, to with, movant Stephanie McDuel as grantor, settlor, beneficiary, donor and heir dba STEPHANIE MCDUEL (Defendant) seeks in good faith to achieve.

I, Stephanie McDuel affirm that the above claims are true, only accurate, based on firsthand knowledge, information, facts and conclusion of actual law. This document is witnessed by and before god on this day February 4, 2025 as such under penalties of divine retribution if otherwise so help me god

Further, Affiant(s) Sayeth Naught

stephanie: family of mcduel as grantor, settlor, donor, beneficiary & heir
authorized representative for STEPHANIE MCDUEL(Defendant)
Without Recourse, Without Prejudice & All Rights Reserved

By: _____
Qualified Endorsement of the Beneficiary

"IN THE MOUTH OF TWO OR THREE WITNESSES LET EVERY WORD BE ESTABLISHED"

KENDRA VELDT
Notary Public - State of Michigan
County of Kent
My Commission Expires Feb 23, 2031
Acting in the County of Kent

Witness #1 _____ date _____    witness #2 _____ date _____

## CERTIFICATE OF SERVICE

I, Stephanie McDuel, certify that I hand delivered the preceding document to the Clerk's office of the Federal Bldg, 110 Michigan St NW #399, Grand Rapids, MI 49503.

Respectfully Submitted:
Stephanie McDuel 2/4/2025

/s/ **Stephanie McDuel**
Qualified Endorsement of the Beneficiary